**No. 10-6518. Allen M. O. E. Hitchcock, III, Petitioner v. Andrew Jackson, Warden.**

562 U.S. 1304, 131 S. Ct. 1720, 179 L. Ed. 2d 649, 2011 U.S. LEXIS 2289.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1033, 131 S. Ct. 575, 178 L. Ed. 2d 420, 2010 U.S. LEXIS 8789.

**No. 10-6903. Anthony A. Garnett, Petitioner v. Winona County Social Services, et al.**

562 U.S. 1305, 131 S. Ct. 1720, 179 L. Ed. 2d 649, 2011 U.S. LEXIS 2311.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1113, 131 S. Ct. 827, 178 L. Ed. 2d 564, 2010 U.S. LEXIS 9697.

**No. 10-7030. Delmo Figuro Torrefranca, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

562 U.S. 1305, 131 S. Ct. 1720, 179 L. Ed. 2d 649, 2011 U.S. LEXIS 2159.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1144, 131 S. Ct. 915, 178 L. Ed. 2d 764, 2011 U.S. LEXIS 396.

**No. 10-7105. Ruth Ellen Stoever, Petitioner v. Tech USA, et al.**

562 U.S. 1305, 131 S. Ct. 1721, 179 L. Ed. 2d 649, 2011 U.S. LEXIS 2202.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1145, 131 S. Ct. 917, 178 L. Ed. 2d 766, 2011 U.S. LEXIS 201.

**No. 10-7262. Debby Rose, Petitioner v. Cox Health Systems, et al.**

562 U.S. 1305, 131 S. Ct. 1721, 179 L. Ed. 2d 649, 2011 U.S. LEXIS 2148.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1149, 131 S. Ct. 929, 178 L. Ed. 2d 773, 2011 U.S. LEXIS 371.

**No. 10-7279. Jerry W. Armstrong, Petitioner v. Redding Parole Department, et al.**

562 U.S. 1305, 131 S. Ct. 1721, 179 L. Ed. 2d 649, 2011 U.S. LEXIS 2160.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1149, 131 S. Ct. 931, 178 L. Ed. 2d 774, 2011 U.S. LEXIS 357.

**No. 10-7293. David Lamar Johnson, Petitioner v. Alabama, et al.**

562 U.S. 1305, 131 S. Ct. 1721, 179 L. Ed. 2d 649, 2011 U.S. LEXIS 2122.

March 21, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1150, 131 S. Ct. 932, 178 L. Ed. 2d 775, 2011 U.S. LEXIS 469.